# Court of Appeals
# of the State of Georgia

ATLANTA,  March 15, 2017

*The Court of Appeals hereby passes the following order:*

**A17A1265. ERIC BILLINGS v. THE STATE.**

Eric Billings pled guilty to felony murder and was sentenced to life imprisonment. He filed a motion to correct a void sentence, which the trial court dismissed. He thereafter filed this direct appeal. We, however, lack jurisdiction.

Under our Constitution, the Supreme Court has appellate jurisdiction over "[a]ll cases in which a sentence of death was imposed or could be imposed." Ga. Const. of 1983, Art. VI, Sec. VI, Par. III (8). Because a penalty of death can be imposed for the crime of felony murder, jurisdiction is proper in the Supreme Court. See OCGA § 16-5-1 (c), (e) (1); *Neal v. State*, 290 Ga. 563, 572 (722 SE2d 765) (2012) (Hunstein, C. J., concurring); see also *State v. Thornton*, 253 Ga. 524, 524 (1) (322 SE2d 711) (1984) (directing this Court to transfer "all cases in which either a sentence of death or of life imprisonment has been imposed upon conviction of murder"). Accordingly, Billings's appeal is hereby TRANSFERRED to the Supreme Court for disposition.



*Court of Appeals of the State of Georgia*
  *Clerk's Office, Atlanta,  03/15/2017*
  *I certify that the above is a true extract from*
*the minutes of the Court of Appeals of Georgia.*
  *Witness my signature and the seal of said court*
*hereto affixed the day and year last above written.*

_____ , *Clerk.*